UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PABLO LIBERATO ACOSTA, )<br>A 029-019-765 )<br>          Petitioner, )<br>     )<br>  v. )<br>     )<br>BRIAN GILLEN, ET AL., )<br>          Respondent. ) | CIVIL ACTION NO. 11-10551-NG |

## ORDER

GERTNER, D.J.

On March 25, 2011, Petitioner Pablo Liberato Acosta ("Acosta"), an immigration detainee confined at the Plymouth County Correctional Facility in Plymouth, Massachusetts and a native of the Dominican Republic, filed a self-prepared petition for a writ of habeas corpus under 28 U.S.C. § 2241 naming Attorney General Eric Holder and Superintendent Brian Gillen as the Respondents. Acosta claims that his continued detention violates his due process rights because he is not an alien subject to mandatory detention under 8 U.S.C. § 1226(c) because he was released from custody for seven months before ICE took him into custody.

Along with the petition Acosta filed a Motion for Appointment of Counsel (Docket No. 3), but he failed to pay the $5.00 filing fee for habeas petitions or to seek a waiver thereof by filing an application to proceed *in forma pauperis*.[1]

---

[1] A party filing a habeas action in this Court must either (1) pay the $5.00 filing fee for habeas corpus actions; or (2) seek leave to proceed without prepayment of the filing fee. See 28 U.S.C. § 1914(a) (fees); 28 U.S.C. § 1915 (proceedings *in forma pauperis*). The motion for leave to proceed without prepayment of the filing fee must be accompanied by "a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution." Rule 3(a)(2) of the Rules Governing Section 2254 cases (applicable to other habeas petitions).

Upon review of the pleadings, it is hereby Ordered that:

1. Within 21 days of the date of this Order, Petitioner either must (1) pay the $5.00 filing fee; or (2) file a motion for leave to proceed *in forma pauperis* accompanied by his inmate account statement. The Clerk shall send Petitioner the standard application form. Failure of Petitioner to comply with this directive may result in the dismissal of this action;

2. Petitioner's Motion for Appointment of Counsel (Docket No. 3) is <u>DENIED</u> without prejudice. At this juncture, absent the benefit of a response to the petition, the Court cannot find it is in the interest of justice to appoint counsel pursuant to 18 U.S.C. § 3006A; Petitioner may renew his request after the Respondent has filed a responsive pleading, and upon good cause shown in light of the response;

3. Brian Gillen, the Deputy Superintendent of the Plymouth County Correctional Facility, shall be substituted as the sole Respondent in this action. See <u>Rumsfeld v. Padilla</u>, 542 U.S. 426, 439 (2004) (immediate custodian of petitioner is proper respondent in habeas action). The Clerk shall terminate United States Attorney General Holder as a party to this action;

4. Notwithstanding the unresolved filing fee issue, the Clerk of this Court shall serve a copy of the petition upon (i) Brian Gillen, Deputy Superintendent, Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, MA 02360; and (ii) the United States Attorney for the District of Massachusetts;

5. The Respondent shall, within 21 days of receipt of this Order, file an answer or other responsive pleading; and

6. The Respondent shall provide the Court with at least 48 hours advance notice of any scheduled removal of Petitioner, and any scheduled transfer of the Petitioner out of the jurisdiction.

SO ORDERED.

                                  <u>/s/ Nancy Gertner</u>
                                  UNITED STATES DISTRICT JUDGE
DATED: April 19, 2011