PABLO LIBERATO ACOSTA,                )
A 029-019-765                         )
                       Petitioner,    )
                                      )
       v.                             )        CIVIL ACTION NO. 11-10551-NG
                                      )
BRIAN GILLEN, ET AL.,                 )
                       Respondent.    )

MEMORANDUM AND ORDER

GERTNER, D.J.

On March 25, 2011, Petitioner Pablo Liberato Acosta ("Acosta"), an immigration

detainee and a native of the Dominican Republic, filed a self-prepared petition for a writ of

habeas corpus under 28 U.S.C. § 2241 seeking release from ICE custody on the ground that he

was not an alien subject to mandatory detention under 8 U.S.C. § 1226(c) because he was

released from custody for seven months before ICE took him into custody.

On April 19, 2011, this Court directed Acosta to pay the filing fee or to seek a waiver

thereof within 21 days.[1]  This Court also deemed Deputy Superintendent Brian Gillen to be the

sole Respondent, and directed service of the petition by the Clerk, and a response by the

Respondent in 21 days.  See Memorandum and Order (Docket No. 4).

On May 13, 2011, Respondent filed a Motion to Dismiss (Docket No. 6), along with a

Memorandum in support (Docket No. 7).  Respondent argues that this action is moot because

Acosta obtained the relief sought, insofar as he was removed to the Dominican Republic on

April 7, 2011.

---

[1]No response to this directive has been made to date.

In view of Acosta's removal and release from ICE custody, the Respondent's Motion to Dismiss (Docket No. 6) is <u>ALLOWED</u> on the basis that this habeas petition is now moot.

Accordingly, it is hereby Ordered that this action is <u>DISMISSED</u> in its entirety without prejudice.  The Respondent is directed to mail a copy of this Order to Acosta at his last known address.

SO ORDERED.

<u>/s/ Nancy Gertner</u>
UNITED STATES DISTRICT JUDGE

DATED:  May 16, 2011